IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>vs<br><br>1) JOEL RIVERA-ALEJANDRO<br>2) CARLOS RIVERA-ALEJANDRO<br>3) ALEXIS RIVERA-ALEJANDRO<br>4) ANGEL BETANCOURT-RIVERA<br>5) ROBERTO C. FONTANEZ-VEGA<br>6) ABIMAEL SERRANO-FIGUEROA<br>7) CARLOS E. RIVERA-RIVERA<br>8) ISMAEL RIVERA-SANTOS<br>9) JOSE GARCIA-RODRIGUEZ<br>10) CARLOS GONZALEZ-FRANCO<br>11) NATANAEL RUIZ-ORTEGA<br>**12) ANGEL LOPEZ-MALDONADO**<br>13) JOSE RIVERA-SERRANO<br>14) JUAN RIVERA-GEORGE<br>15) JULIO ALEXIS ORTIZ-BERRIOS<br>16) CARLOS A. RIVERA-RIVERA<br>17) MIGUEL ANGEL VEGA-DELGADO<br>18) VALERIE RIVERA-DEYA<br>19) SUANETTE RAMOS-GONZALEZ<br>20) JOSE L. FIGUEROA-CAMILO<br>21) ROSARIO RIVERA-GUZMAN<br>22) JAIME LOPEZ-CANALES<br>23) JUAN GONZALEZ-RAMOS<br>24) HECTOR RIVERA-BETANCOURT<br>25) ANGEL LUIS BETANCOURT-ORTIZ<br>26) RICARDO BETANCOURT-ORTIZ<br>27) JOSE LUIS DIAZ-FIGUEROA<br>28) JUAN GARCIA-RODRIGUEZ<br>29) LUIS X. RIVERA-RIVERA<br>30) JOSE TRINIDAD-PAGAN<br>31) EDGARDO RUIZ-TORRES<br>32) BIENVENIDO LOPEZ-CRUZ<br>33) JOSE E. PEÑA-MARTINEZ<br>34) RAUL TORRES-SANTANA<br>35) DAVID A. BULTRON-FLORES<br>36) KAREN LISBETH FIGUEROA-GALLARTUA<br>37) JORGE L. CRUZ-MALDONADO<br>38) JOSE L. TORRES-AGOSTO<br>39) VICTOR CASTRO-RODRIGUEZ<br>40) OSVALDO PEREZ<br>41) JUAN GABRIEL DE LA CRUZ-GUZMAN<br>42) ROBERTO BRUNO-DIAZ<br>43) LUIS E. SANCHEZ-ENCARNACION<br>44) JONATHAN CARRASQUILLO-COLON<br>45) NOEL RODRIGUEZ-ADORNO<br>46) ADDIER ENCARNACION-CRUZ<br>47) IDALIA MALDONADO-PEÑA | CRIMINAL 09-0165CCC |

CRIMINAL 09-0165CCC                    2

> 48) JAIME RIVERA-NIEVES
> 49) DOLORES ALEJANDRO
> 50) MANUEL ANTONIO FERRER-HADDOCK
> 51) RUBEN DELGADO-MALDONADO
> 52) MARLENIS CARRASQUILLO-QUIÑONES
> 53) ANGEL LUIS RIVERA-RIVERA
> 54) HECTOR ORTIZ-MARQUEZ
> 55) RAMON RODRIGUEZ-IDELFONSO
>
> Defendants

## ORDER

Having considered the Report and Recommendation filed on February 13, 2014 (**docket entry 2552**) on a Rule 11 proceeding of defendant Angel López-Maldonado (12) before U.S. Magistrate Judge Bruce J. McGiverin on February 11, 2014, to which no objection has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since February 11, 2014. The **sentencing hearing is set for May 14, 2014 at 4:15 PM**.

The U.S. Probation Officer is reminded that, should any objections be raised by defendant to the PreSentence Report, the Addendum to said PreSentence Report must specifically identify any unresolved objections, the grounds for the objections, and the U.S. Probation Officer's comments on them, as required by Fed. R. Crim. P. 32(g). The party that raised the unresolved objections shall, **within twenty-four (24) hours** after the Addendum is disclosed, state in writing whether it will insist that the unresolved objections

CRIMINAL 09-0165CCC                          3

be ruled upon by the Court.  Failure to do so will be deemed by the Court as a withdrawal of the unresolved objections.

    SO ORDERED.

    At San Juan, Puerto Rico, on March 4, 2014.


                                        S/CARMEN CONSUELO CEREZO
                                        United States District Judge